

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| FRANCES S. FLOWERS, | § | |
| Plaintiff, | § § § | |
| V. | § § | No. 3:13-cv-1744-BN |
| SUN GRO HORTICULTURE PROCESSING, INC., | § § § § | |
| Defendant. | § | |

### FINAL JUDGMENT

The Court granted Defendant Sun Gro Horticulture Processing, Inc.'s Motion for Summary Judgment on Plaintiff Frances S. Flowers' retaliation claims. *See* Dkt. No. 40.

Plaintiff's retaliation claims under Title VII of the Civil Rights Act of 1964, the Texas Commission on Human Rights Act, and the Age Discrimination in Employment Act are accordingly dismissed with prejudice.

Plaintiff's remaining sex and age discrimination claims under Title VII of the Civil Rights Act of 1964, the Texas Commission on Human Rights Act, and the Age Discrimination in Employment Act were tried to a jury on February 8-11, 2016. After hearing the evidence, the jury found in favor of Defendant on each of Plaintiff's remaining claims.

Accordingly, Plaintiff Frances S. Flowers shall take nothing by this suit against

Defendant Sun Gro Horticulture Processing, Inc.

Costs are taxed against Plaintiff Frances S. Flowers.

DATED: February 12, 2016

_____
DAVID L. HORAN
UNITED STATES MAGISTRATE JUDGE